FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(7/2000)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District Of California (Sacramento Division Office ) | 04 - 28748-A-7<br>**FILED**<br>08/30/04<br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>auto |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 08/26/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations.**

Debtor's (and Joint Debtor's) Name(s) and Address(es):

| Bruce C. Anderson | Rachel T. Anderson |
|---|---|
| 2008 PICASSO AVE<br>DAVIS, CA 95616 | |
| OTHER NAMES USED WITHIN SIX YEARS BEFORE FILING THE PETITION: | Rachel Thyre Anderson<br>Rachel Anderson<br>Rachel Anne Thyre<br>Rachel A. Thyre<br>Rachel Thyre |
| Bruce Campbell Anderson<br>Bruce Anderson | |

| **Case Number: 04 - 28748-A-7** | Social Security/Taxpayer ID No(s).:<br>XXX-XX-8939 (Debtor)<br>XXX-XX-4420 (Joint Debtor) |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Richard T. Alcauskas<br><br>1109 Kennedy Pl #5<br>Davis, CA 95616<br>Telephone number: 530-753-4445 | Bankruptcy Trustee (name and address):<br>Stephen M. Reynolds<br><br>PO Box 1917<br>Davis, CA 95617-1917<br>Telephone number: 530-297-5030 |

### Meeting of Creditors:

| Date: October 4, 2004 | Time: 01:00 pm | Location: | Meeting Room 7-A<br>U.S. Courthouse, Room 7-A<br>501 I Street, 7th Floor<br>Sacramento, CA |
|---|---|---|---|

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
12/03/04
**Deadline to Object to Exemptions:**
Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

**Do Not File A Proof of Claim Unless You Receive a Notice To Do So.**

| Address of the Bankruptcy Clerk's Office:<br>Sacramento Division Office<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br>Telephone number: (916) 930-4400<br>Website: http://www.caeb.uscourts.gov | For the Court:<br>Richard G. Heltzel, Clerk<br>U.S. Bankruptcy Court |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 08/30/04 |

## EXPLANATIONS

FORM B9A(7/98)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | **A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered.** |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors*. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to do so may result in a motion to dismiss your case.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time*. If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

**---Refer to Other Side For Important Deadlines and Notices---**

Filed 08/30/04  Case 04-28748 Doc 4

**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0972-2          User: auto               Page 1 of 1              Date Rcvd: Aug 30, 2004
Case: 04-28748                Form ID: 258             Total Served: 17

The following entities were served by first class mail on Sep 01, 2004.
db          +Anderson, Bruce C.,    2008 PICASSO AVE,    DAVIS, CA 95616-0506
aty         +Alcauskas, Richard T.,    1109 Kennedy Pl #5,    Davis, CA 95616-1271
db          +Anderson, Rachel T.,    2008 PICASSO AVE,    DAVIS, CA 95616-0506
tr           Reynolds, Stephen M.,    PO Box 1917,    Davis, CA 95617-1917
7220949     +BANK OF AMERICA,    P O BOX 7047,    DOVER DE 19903-7047
7220950     +CHASE,    4915 INDEPENDENCE PARKWAY,    TAMPA FL 33634-7518
7220951      CHASE PLATINUM MASTERCARD,    P O BOX 15902,    WILMINGTON DE 19850-5902
7220952      CITI CARDS,    P O BOX 6401,    THE LAKES NV 88901-6401
7220953      CITI CARDS,    P O BOX 6406,    THE LAKES NV 88901-6406
7220954      CITI CARDS CBSDNA,    P O BOX 6500,    C O CITI CORP,    SIOUX FALLS SD 57117-6500
7220955     +EDUCAID WACHOVIA,    P O BOX 6004,    RIDGELAND MS 39158-6004
7220956      SUNTECH LOAN SERVICES,    P O BOX 6004,    RIDGELAND MS 39158-6004
7220957      U S DEPARTMENT OF EDUCATION,    P O BOX 530260,    ATLANTA GA 30353-0260
7220958     +WACHOVIA BANK EDUCAID FT,    P O BOX 6004,    RIDGELAND MS 39158-6004
7220959     +WASHINGTON MUTUAL FINANCE,    6150 BIRDCAGE CENTRE LANE STE 178,    CITRUS HEIGHTS CA 95610-8004
7220960      WASHINGTON MUTUAL FINANCE,    8065 GREENBACK LN 2,    GREENBACK SQUARE SHOPPING CTR,
             CITRUS HEIGHTS CA 95610-6909

The following entities were served by electronic transmission on Aug 30, 2004 and receipt of the transmission
was confirmed on:
7220949     +EDI: BANKAMER2.COM Aug 30 2004 23:47:00     BANK OF AMERICA,    P O BOX 7047,    DOVER DE 19903-7047
7220948      EDI: BANKAMER.COM Aug 30 2004 23:47:00     BANK OF AMERICA,    P O BOX 53132,    PHOENIX AZ 85072-3132
                                                                                                   TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2004            Signature: _Joseph Speetjens_