**United States Bankruptcy Court**
**Eastern District of California**

**FINAL DECREE**

Case Number: 04 - 28748-A-7

In re: **Bruce C. Anderson**
      **Rachel T. Anderson**

**Address: 2008 PICASSO AVE**
             **DAVIS, CA 95616**

**FILED**

**12/14/04**

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT
OF CALIFORNIA

auto

Name and Address of Case Trustee:
Stephen M. Reynolds

Telephone Number:
530-297-5030

PO Box 1917
Davis, CA 95617-1917

Office of the United States Trustee:

For cases in the Sacramento Division: 501 I Street, Room 3-200, Sacramento, CA 95814, Telephone number (916) 930-4400

For cases in the Fresno Division and Modesto Division: 1130 O Street, Suite 1110, Fresno, CA 93721, Telephone number (559) 498-7400

    It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

    **IT IS ORDERED** that the estate is hereby closed; that the Trustee is hereby discharged, that the bond of the Trustee is hereby canceled, and that the Trustee's bond is hereby released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

DATED: 12/14/04

FOR THE COURT
RICHARD G. HELTZEL CLERK,
U.S. BANKRUPTCY COURT
Sacramento Division Office
501 I Street, Suite 3-200
Sacramento, CA 95814

FORM BL/L51 (5/03)

Filed 12/14/04 Case 04-28748 Doc 10



**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0972-2          User: auto              Page 1 of 1              Date Rcvd: Dec 14, 2004
Case: 04-28748                Form ID: 634            Total Served: 1


The following entities were served by first class mail on Dec 16, 2004.
tr          Reynolds, Stephen M.,    PO Box 1917,    Davis, CA 95617-1917

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2004          Signature: _Joseph Speetjens_